AO 455(Rev. 5/85) Waiver of Indictment

FILED

JUN - 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

**WAIVER OF INDICTMENT**

v.

VICTOR VELASQUEZ-LOPEZ

CASE NUMBER: 08CR1821-JM

I, VICTOR VELASQUEZ-LOPEZ, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5 June 2008 _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Counsel for Defendant

Before _____
JUDICIAL OFFICER